1          LMH

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9   Alejandro Madrid S.,                )   No. CV 05-3822-PHX-ROS (ECV)
                                         )
10              Plaintiff,               )   **ORDER TO SHOW CAUSE**
                                         )
11  vs.                                  )
                                         )
12                                       )
    Captain Peterson, et al.,            )
13                                       )
                Defendants.              )
14                                       )
                                         )
15  _____)

16          This is one of more than one thousand civil rights actions filed since September 2004

17  by Maricopa County Jail inmates.[1]   Plaintiff was formerly confined in the Durango Jail in

18  Phoenix, Arizona.  Because Plaintiff was a prisoner at the time he filed his Complaint, he

19  became obligated to pay the $250.00 civil action filing fee.  See Taylor v. Delatoore, 281

20  F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions

21  must pay the full amount of the filing fee."); 28 U.S.C. § 1915(b)(1).  He applied to proceed

22  *in forma pauperis* without *prepayment* of the fees.  See Dkt. #1.  His motion will be granted.

23

24  _____

25          [1]Many inmates apparently believe that they will receive an immediate payout from a
26  fund established in Hart v. Hill, No. CV 77-0479-PHX-EHC (MS) (D. Ariz.).  No such fund
    exists.  The inmates in Hart asked for injunctive relief and not monetary damages.  The Court
27  at this time expresses no opinion whether Plaintiff's lawsuit may result in an award of
28  damages.

JDDL

1       Normally, after granting leave to proceed *in forma pauperis*, the Court orders the

2   inmate's custodian to periodically withdraw funds from the inmate's account according to

3   a statutory formula in 28 U.S.C. § 1915(b)(2) until the $250.00 filing fee is paid in full.

4   Plaintiff, however, no longer has an inmate trust account.  Soon after filing his Complaint,

5   the notice of assignment was returned in the mail with a notation showing that he had been

6   released from jail. <u>See</u> Dkt. #3.  Consequently, the $250.00 civil action filing fee is now due

7   in full unless Plaintiff can show good cause within **thirty days** why he should not be required

8   to pay it immediately.

9       To comply, Plaintiff must file a pleading entitled "Response."  The response must be

10  made under penalty of perjury. <u>See</u> 28 U.S.C. § 1746 (the oath requirement may be satisfied

11  when a person declares under penalty of perjury that the submission is true and correct, and

12  signs and dates the statement).  Plaintiff must *either* (1) identify his date of release and

13  promise to pay the $250.00 filing fee within 120 days of the date of his release, or (2) show

14  good cause why he should not be required to pay the fee within 120 days.  If Plaintiff

15  chooses to demonstrate good cause, he must describe his current financial condition in detail,

16  including his sources of income, whether he is employed, and any liabilities he may have.

17  Of course, Plaintiff may simply submit the $250.00 filing fee in lieu of a response.

18      Plaintiff should take notice that if he fails to timely comply with every provision of

19  this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule

20  41(b) of the Federal Rules of Civil Procedure.  <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258 (9th

21  Cir.) (district court may dismiss action for failure to comply with any order of the court), <u>cert</u>.

22  <u>denied</u>, 506 U.S. 915 (1992).  In addition, until the method of collection of the filing fee is

23  resolved, the Court will not screen his action under 28 U.S.C. § 1915A.

24  **IT IS THEREFORE ORDERED THAT:**

25      (1) Plaintiff's motion to proceed *in forma pauperis* (Dkt. #1) without *prepayment* of

26  the civil action filing fee is **granted.**

27      (2)  Plaintiff shall have **thirty (30) days** from the date this Order is filed to either pay

28  the $250.00 filing fee in full or to respond as described in this Order.

(3)  The Clerk of Court is directed to enter a judgment of dismissal of this action without prejudice and without further notice if Plaintiff fails to comply.

DATED this 8th day of December, 2005.

Roslyn O. Silver
United States District Judge